**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| **John Parker** | § § § | |
| **Plaintiff,** | § § § | **Case No. 3:27-cv-87** |
| **v.** | § § | |
| **AmeriCollect, Inc.** | § § § | |
| **Defendant.** | § | |

## DEFENDANT AMERICOLLECT'S FEDERAL REMOVAL NOTICE

Defendant AmeriCollect, Inc. removes plaintiff John Parker's state court action to this court pursuant to 28 USC §§ 1331 and 1441.

### I.     STATEMENT OF THE CASE

1.     On December 19, 2022, Mr. Parker sued AmeriCollect in the justice court of Galveston County, Texas, case 22-NSC04-0143. (Ex. 1, orig. pet.) He alleges AmeriCollect reported two collection accounts identifying "Houston Radiology Associated" as the creditor with balances of $714 and $64, despite his workers' compensation benefits covering hospital costs. (*Id*. at ¶¶ 11-13.) He claims he "did not receive an invoice from the medical facility or a letter from [AmeriCollect] explaining the services that created each of these [c]ollection [a]ccounts." (*Id*. at ¶ 14.) Based on these allegations, he asserts claims for violations of (**1**) Fair Debt Collection Practices Act (**FDCPA**) and (**2**) Texas Debt Collection Act. (*Id*. at ¶¶ 17-25.) He seeks statutory and actual damages, attorneys' fees, costs, and injunctive relief. (*Id*. at ¶¶ 22, 25 & prayer.)

### II.     BASIS FOR FEDERAL QUESTION JURISDICTION

2.     Under the "well-pleaded complaint rule," federal question jurisdiction is appropriate "when a federal question is presented on the face of the plaintiff's properly pleaded

complaint." *Caterpillar Inc. v. Williams,* 482 U.S. 386, 392 (1987).  This court has federal question jurisdiction because Mr. Parker asserts a FDCPA claim pursuant to 15 USC § 1692 *et seq*.  (Ex. 1 at ¶¶ 17-22.)  This court has supplemental jurisdiction over the remaining state law claims because they "form part of the same case or controversy."  28 USC § 1367(a).

### III.    PROCEDURAL REQUIREMENTS SATISFIED

3.    Removal is timely under 28 USC § 1446(b) because it is filed within thirty days of AmeriCollect's receipt of the petition and citation through service of process or otherwise.  Venue is proper in this court because the United States District Court for the Southern District of Texas, Galveston Division embraces the place in which the state court action was pending.  28 USC § 1441(a).  Notice will be sent to the state court regarding this removal.  A true and correct copy of all the process, pleadings, and orders on file in the state court action are attached as exhibits 1-5.

### V.    CONCLUSION

This court may exercise federal question jurisdiction because Mr. Parker asserts a federal claim.

Date: March 16, 2023

Respectfully submitted,

*/s/ C. Charles Townsend*
C. Charles Townsend
SBN: 24028053, FBN: 1018722
ctownsend@hinshawlaw.com
*--Attorney in Charge*
Taylor D. Hennington
SBN: 24116508, FBN: 3597797
thennington@hinshawlaw.com
**HINSHAW & CULBERTSON LLP**
2001 Ross Avenue, Suite 700
Dallas, Texas 75201
Telephone: 945-229-6384
Facsimile: 312-704-3001

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

A true and correct copy of this document was served on March 16, 2023 as follows:

**VIA ECF AND**
**CMRRR NO. 7021 1970 0001 8450 7578**
Shakeria Northcross
Shawn Jaffer
Allen Robertson
Robert Leach
Phillip Pool
Jaffer & Associates PLLC
5757 Alpha Road, Suite 430
Galveston, Texas 75240
*Plaintiff's Counsel*

*/s/ Taylor D. Hennington*
Taylor D. Hennington